## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EL MEHDI MODAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DESKTOP METAL, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-05465<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff El Mehdi Modar ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: December 12, 2023　　　　　　　　**ROWLEY LAW PLLC**

　　　　　　　　　　　　　　　　　　　　*S/ Shane T. Rowley*
　　　　　　　　　　　　　　　　　　　　Shane T. Rowley (SR-0740)
　　　　　　　　　　　　　　　　　　　　Danielle Rowland Lindahl
　　　　　　　　　　　　　　　　　　　　50 Main Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　White Plains, NY 10606
　　　　　　　　　　　　　　　　　　　　Tel: (914) 400-1920
　　　　　　　　　　　　　　　　　　　　Fax: (914) 301-3514
　　　　　　　　　　　　　　　　　　　　Email: srowley@rowleylawpllc.com
　　　　　　　　　　　　　　　　　　　　Email: drl@rowleylawpllc.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*